UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

TENIELLE E NEEBLING AKA
TENIELLE ERIN NEEBLING

CASE NO. 11-01335-PMG
CHAPTER 7

Debtor(s).
_____/

## ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

This case is before the Court on the Motion for Relief from the Automatic Stay filed by Movant, U. S. BANK, N. A., on May 19, 2011, Docket No. 12. The Motion has been served upon the parties of interest in accordance with Local rule 2002-4 and no party of interest has filed an objection to the Motion within the time permitted, it is ORDERED:

1. U. S. BANK, N. A.'s Motion for Relief from Automatic Stay is granted, and

2. The Automatic Stay imposed by 11 U.S.C. Section 362 is lifted as to Movant, and it may proceed with foreclosure on its lien on the following property:

**UNIT NO. 2002, BUILDING 20, SONOMA SOUTHSIDE, A LUXURY CONDOMINIUM, TOGETHER WITH AN UNDIVIDED INTEREST IN THE COMMON ELEMENTS APPURTENANT THERETO ACCORDING TO THE DECLARATION OF CONDOMINIUM AS RECORDED IN OFFICIAL RECORDS VOLUME 12307, PAGE 759 OF THE CURRENT PUBLIC RECORDS OF DUVAL COUNTY, FLORIDA**

**a/k/a 7740 SOUTHSIDE BLVD, JACKSONVILLE, FL 32256**

3. This Order is entered for the sole purpose of allowing Movant to obtain an *in rem* judgment against the property described above. Movant shall not seek an *in personam* judgment against the Debtor(s).

4. That the mortgage indebtedness that shall run with the property shall be increased to include $550.00 for attorney's fees and costs incurred.

5. The fourteen (14) day stay of the Order Granting Relief From Stay pursuant to Bankruptcy Rule 4001 (a)(3) is waived so that U. S. BANK, N. A. can pursue its in rem relief without further delay.

DONE AND ORDERED at JACKSONVILLE, Florida, _June 9, 2011_.

_____
PAUL M. GLENN
Chief United States Bankruptcy Judge

Copies furnished to:

CAROL A. LAWSON, ESQUIRE
DOUGLAS C. ZAHM, P.A.
12425 28TH STREET NORTH, SUITE 200
ST. PETERSBURG, FL 33716

TENIELLE E NEEBLING
7900 BAYMEADOWS ROAD EAST
JACKSONVILLE, FL 32256

KEITH D. COLLIER
2350 PARK STREET
JACKSONVILLE, FL 32204

AARON R. COHEN
PO BOX 4218
JACKSONVILLE, FL 32202

JACKSONVILLE DIVISIONS
UNITED STATES TRUSTEE - JAX7, 7
135 W. CENTRAL BLVD., SUITE 620
ORLANDO, FL 32801